| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number CV-2005-227 |
|---|---|---|
| Form C-34  Rev. 6/88 | | |

IN THE **CIRCUIT** COURT OF **COVINGTON** COUNTY

Plaintiff **MARY LACEY** v. Defendant **DOLLAR GENERAL CORPORATION, ET AL.**

NOTICE TO  Dollar General Corporation, 100 Mission Ridge, Goodlettsville, Tennessee 37070

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY  Richard E. Crum, Esq.  WHOSE ADDRESS IS  Cobb, Shealy, Crum & Derrick, 206 North Lena Street, Dothan, Alabama 36303.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN  30  DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of **Plaintiff** FILED IN OFFICE  pursuant to the Alabama Rules of Civil Procedure.

Date  SEP 23 2005                    Roger Powell                 By: ds
                                    Clerk/Register

☒ Certified Mail is hereby requested

Plaintiff's/Attorney's Signature  Richard E. Crum, Esq.

RETURN OF SERVICE

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date _____                              Server's Signature _____

Address of Server _____                Type of Process Server _____