IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| MARY LACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER: CV05-227 |
| vs. | ) |
| | ) 2:05CV 1041-D |
| DOLLAR GENERAL CORPORATION, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d), Defendant, Dolgencorp, Inc., incorrectly designated as Dollar General Corporation, and hereby gives notice of removal of this case to the United States District Court for the Middle District of Alabama, Northern Division. Attached hereto is a copy of the Notice of Removal.

_____
Robert S. Lamar, Jr. (LAM002; ASB-9361-A39R)

_____
Rick D. Norris, Jr. (NOR034; ASB-0494-R81R)

**OF COUNSEL:**

LAMAR, MILLER, NORRIS, HAGGARD
& CHRISTIE, P.C.
501 Riverchase Parkway
Suite 100
Birmingham, Alabama 35244
(205) 326-0000

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the above and foregoing pleading by United States Mail, postage prepaid and properly addressed, on this the 28th day of October, 2005, on counsel of record as stated above.

Richard E. Crum, Esq.
COBB, SHEALY, CRUM & DERRICK
206 North Lena Street
Dothan, Alabama 36303

Of Counsel