IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARY LACEY, | ) |
| Plaintiffs, | ) |
| v. | ) Case Number: 2:05-cv-01041-ID-VPM |
| DOLLAR GENERAL CORPORATION, | ) |
| Defendants. | ) |

## MOTION TO REMAND

Plaintiff, Mary Lacey, by and through counsel, makes a Motion to Remand this case to the Circuit Court of Covington County, Alabama, for lack of subject matter jurisdiction.

In support of this motion, the Plaintiff offers the attached Stipulation, which is marked as Exhibit "A". As stipulated, the amount in controversy, exclusive of interest and costs, does not exceed $75,000.00.

_____
Richard E. Crum (CRU012)
Attorney for Plaintiff

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030

1

## CERTIFICATE OF SERVICE

I, Richard E. Crum, certify that on this date, I have mailed a copy of this document to the following person(s), postage prepaid, via electronically and via United States Mail to:

Rick D. Norris, Jr., Esq.
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Parkway, Suite 100
Birmingham, Alabama 35244

Robert S. Lamar, Jr
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Parkway, Suite 100
Birmingham, Alabama 35244

This the 29th day of November, 2005.

_____
Of Counsel