# EXHIBIT 'A'

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARY LACEY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number: 2:05-cv-01041-ID-VPM |
| DOLLAR GENERAL CORPORATION, | ) | |
| Defendants. | ) | |

## AFFIDAVIT

COMES NOW the Plaintiff, Mary Lacey, by and through their attorneys of record, Cobb, Shealy, Crum & Derrick, P.A., and files this her Affidavit in Support of their Motion to Remand, and states as follows:

1. At the time of filing of our Complaint, I did not intend to claim damages totaling in excess of $75,000.00, including compensatory and punitive;

2. I do not now, and will not in the future, claim total damages in excess of $75,000.00, including compensatory and punitive;

3. I will under no circumstances accept an award or settlement in excess of the total amount of $75,000.00; and,

4. This limitation of damages shall be binding upon our heirs and assigns.

WHEREFORE I pray that the Court will remand this matter to the Circuit Court of Covington County, Alabama.

This the 29 day of November, 2005.

Mary Lacey
Mary Lacey

Sworn to and subscribed before me this the 29 day of November, 2005.

Donna Keith
Notary Public
My Commission Expires: 6/30/06

Richard E. Crum, Esq. (CRU012)

Attorney for the Plaintiff
Mary Lacey

COBB, SHEALY, CRUM & DERRICK, P.A.
206 North Lena Street
Post Office Box 6346
Dothan, Alabama 36302
(334) 677-3000
(334) 677-0030 - Facsimile

### CERTIFICATE OF SERVICE

I, Richard E. Crum, certify that on this date, I have mailed a copy of this document to the following person(s), postage prepaid, via electronically and via United States Mail to:

Rick D. Norris, Jr., Esq.
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Parkway, Suite 100
Birmingham, Alabama 35244

Robert S. Lamar, Jr
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Parkway, Suite 100
Birmingham, Alabama 35244

This the 29th day of November, 2005.

Of Counsel